IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joseph Lee McFadden, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:12-cv-23-TLW-KDW |
| ) | |
| Lake City Municipal Court, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

On January 3, 2012, the plaintiff, Joseph Lee McFadden ("plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. # 1). The case was referred to United States Magistrate Judge Kaymani D. West pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 12). On February 22, 2012, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court dismiss this case without prejudice and without service of process. (Doc. # 12). The plaintiff filed no objections to the Report. Objections were due on March 12, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 12). For the reasons articulated by the Magistrate Judge, this case is **DISMISSED** without prejudice and without service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten  
United States District Judge

March 29, 2012  
Florence, South Carolina